UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY R. OJUKWU,

    Plaintiff,

v.

Case No. 24-cv-13467
Hon. Matthew F. Leitman

CHALLENGE MFG. COMPANY,

    Defendant.

_____/

### ORDER DIRECTING PLAINTIFF TO PAY THE REQUIRED FILING FEE OR COMPLETE AN APPLICATION TO PROCEED IN FORMA PAUPERIS

On December 27, 2024, Plaintiff Joy Ojukwu filed this employment discrimination action. (*See* Compl., ECF No. 1.) When Ojukwu filed her Complaint, she neither paid the required filing fee nor submitted an application to proceed *in forma pauperis*. The Court thereafter issued a notice to Ojukwu informing her that she had failed to pay the required fee. (*See* Notice, ECF No. 2.) The notice directed Ojukwu to either pay the fee or file an application for *in forma pauperis* status within fourteen days. (*See id.*) Ojukwu did neither.

Accordingly, **IT IS HEREBY ORDERED** that, by no later than January 28, 2025, Ojukwu shall either (1) pay the required filing fee or (2) file a completed and

1

signed application to proceed *in forma pauperis* with the Court. If Ojukwu fails to comply with this order, the Court will dismiss this action without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126