UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY R. OJUKWU,

    Plaintiff,

                                        Case No. 24-cv-13467
v.                                    Hon. Matthew F. Leitman

CHALLENGE MFG. COMPANY,

    Defendant.

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION TO REDACT PERSONAL INFORMATION FROM THE RECORD (ECF No. 16); (2) DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF PREVIOUSLY EXCHANGED DISCOVERY MATERIALS AND RELATED PROOF OF TRANSMISSION (ECF No. 26); (3) SETTING DISPOSITIVE MOTION DEADLINES; AND (4) ADJOURNING WITHOUT DATE ALL OTHER DEADLINES CURRENTLY IN PLACE**

On May 22, 2026, the Court held a status conference on the pending motions in this case.  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's Motion to Redact Personal Information from the Record (ECF No. 16) is **DENIED**;

(2) Plaintiff's Motion to Compel Production of Previously Exchanged Discovery Materials and Related Proof of Transmission (ECF No. 26) is **DENIED**;

1

(3) Defendant shall file any dispositive motion by **Tuesday, June 30, 2026**.

Plaintiff shall file a response by **Tuesday, August 11, 2026**.  Defendant may

file a reply by **Tuesday, September 1, 2026**.

(4) All other deadlines are hereby **ADJOURNED** until further order of the

Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on May 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2